**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RUSSELLADRIAN PANOPIO ZAGADO,

                        Plaintiff,                          20 **CIVIL** 9449 (SDA)

       -v-                                          **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                       Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 16, 2022, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings, including the opportunity for a new hearing and de novo decision, pursuant to the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:** New York, New York
          March 16, 2022

                                                                  **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                        **BY:**
                                                                     **Deputy Clerk**