```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Russelladrian Panopio Zagado,

                Plaintiff,

-against-

Commissioner of Social Security,

                Defendant.

1:20-cv-09449 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than June 8, 2023, the Commissioner shall file any response to Plaintiff's motion for attorney's fees. If no response is received by that date, the Court will consider the motion unopposed.

**SO ORDERED.**

DATED:    New York, New York
               June 1, 2023

_____
STEWART D. AARON
United States Magistrate Judge