USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/9/2023___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Russelladrian Panopio Zagado,**

**Plaintiff,**

**-against-**

**Commissioner of Social Security,**

**Defendant.**

**1:20-cv-09449 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Having reviewed the Affirmation of Plaintiff's Counsel in support of his motion for attorney's fees, it appears to the Court that there is a discrepancy between paragraph 4 of the Affirmation, which states that the "[t]otal past due benefits for Plaintiff are unknown" and paragraph 5, which states that "[o]ne-fourth of past-due benefits for Plaintiff are $26,132.98." (Olinsky Aff., ECF No. 40, ¶¶ 4-5.) Accordingly, it is hereby Ordered that, no later than Friday, June 16, 2023, Plaintiff shall file a letter clarifying the amount of past due benefits for Plaintiff, upon which the fee application is based.

**SO ORDERED.**

DATED:      New York, New York
            June 9, 2023

_____
STEWART D. AARON
United States Magistrate Judge